TO: U.S. BANKRUPCY COURT
AND
*HONORABLE JUDGE JACK B. SCHMETTERER*
219 S. DEARBORN ST ROOM 710
CHICAGO, IL. 60604

17-22742

FROM: KATHLEEN ANN NOVAK, Case# 17-22742
Phone # 708-972-9499

RE: Chapter 13 Bankruptcy

Dear Honorable Judge Schenetterer & Fed Bankruptcy Court

Attached please find my papers required for my hearing on Aug 22, 2017 at 12:30 pm.

On Wed. Aug 9, 2017 at 3:00pm I spoke with Attorney Kahn at # 312-294-5900. I called because I was needing information to possibly extend my case OR impose a stay. I am still in DIVORCE or DOMESTIC RELATIONS COURT and my Judgment decree is NOT final. My 1st Judge died and my 2nd Judge is ill and has been removed from the Bench. I now have a final hearing/trial on Sept. 7, 2017 at 2:00pm. Attorney Kahn was SO rude to me! He said to me to "GET AN ATTORNEY" and he WOULD NOT HELP ME OR answer my question as per the above request which is still Loan #1. I have filled out the papers to the best of my ability. Also I have given you a copy of my PAID RECIEPT OF $77.50. So my schedule is incorrect. you can give me is so respectfully and Greatly appreciated

Thank you
Kathleen A. Novak

# OF PAGES 10

(continued on next page)

```
TRANSMISSION VERIFICATION REPORT

                                          TIME  : 08/14/2017 18:54
                                          NAME  :
                                          FAX   :
                                          TEL   :
                                          SER.# : M7J572941


DATE,TIME                         08/14  18:52
FAX NO./NAME                      13123417168
DURATION                          00:02:10
PAGE(S)                           09
RESULT                            OK
MODE                              STANDARD
                                  ECM
```

Attention Bankruptcy Court

This is a copy of my proof of ~~fax~~ to Mr. Tom Vaughn my Chapter 13 Trustee to my case #1722742 Kathleen Ann Novak.

Thank you

Kathleen Ann Novak

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

AUG 16 2017

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

United States Bankruptcy Court
Northern District of Illinois

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 07/31/2017 at 1:48 PM and filed on 07/31/2017.

**Kathleen Ann Novak**
1537 Elgin Avenue
Forest Park, IL 60130
SSN / ITIN: xxx-xx-9155

   The bankruptcy trustee is:

**Tom Vaughn**
55 E. Monroe Street, Suite 3850

Chicago, IL 60603
312 294-5900

The case was assigned case number 17-22742 to Judge Jack B. Schmetterer.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Jeffrey P. Allsteadt
Clerk, U.S. Bankruptcy
Court

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 16 2017
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3



```
MIME-Version:1.0
From:USBC_ILNB@ilnb.uscourts.gov
To:CourtMail@ilnb.uscourts.gov
Bcc: ecf@tvch13.net, ecfchi@gmail.com
Do not notice for BK case:
The decision by AP recipients to not receive email for the lead BK case was overridden.
Message-Id:<62938809@ilnb.uscourts.gov>
Subject:Ch-13 JBS 17-22742 Kathleen Ann Novak Meeting of Creditors 13
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Northern District of Illinois

Notice of Electronic Filing

The following transaction was received from Mendoza, Laura entered on 7/31/2017 at 1:48 PM CDT and filed on 7/31/2017

**Case Name:**      Kathleen Ann Novak
**Case Number:**    17-22742
**Document Number:** 2

**Docket Text:**
Meeting of Creditors with 341(a) meeting to be held on 08/22/2017 at 02:30 PM at 55 East Monroe Street, Suite 3850, Chicago, Illinois 60603. Confirmation hearing to be held on 09/13/2017 at 11:00 AM at 219 South Dearborn, Courtroom 682, Chicago, Illinois 60604. Proof of Claim due by 11/20/2017. Objection to Dischargeability due by 10/23/2017. (Mendoza, Laura)

The following document(s) are associated with this transaction:


**17-22742 Notice will be electronically mailed to:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Tom Vaughn
ecf@tvch13.net, ecfchi@gmail.com

**17-22742 Notice will not be electronically mailed to:**

Kathleen Ann Novak
1537 Elgin Avenue
Forest Park, IL 60130



https://ecf.ilnb.circ7.dcn/cgi-bin/DisplayReceipt.pl?949417048153578-L_1_0-1     7/31/2017

UNITED STATES
BANKRUPTCY COURT

R 327305    LM

AUG 31, 2017
13:51:31

CHAPTER 13 INSTR
17-22742-JBS13

Total:    $71.00

FROM: SHIRLEY SIMMONS

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 16 2017
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3



**Fill in this information to identify the case:**

Debtor 1: Kathleen Ann Novak
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ___
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number (if known): 17-22742

Chapter filing under:
- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 77.50 | 08/30/2017 |
| $ 77.50 | 09/29/2017 |
| $ 77.50 | 10/29/2017 |
| + $ ~~77.50~~ | ~~11/28/2017~~ |
| Total $ 310.00 | |

*made 1st installment on 7-31-17 SEE ATTACHED RECIEPT*

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

08/02/2017   By the court: _____
Month / day / year             United States Bankruptcy Judge

047067                                    31609047114013